Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FAHMI YAHYA ABDULLA MURSHED dba AMIGOS MARKET, et al.,<br><br>　　　　Defendants. | No. 1:14-cv-00958---GSA<br><br>**STIPULATION EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT BY MORE THAN 28 DAYS; ORDER** |

**WHEREAS,** Plaintiff, Natividad Gutierrez ("Plaintiff"), and Defendants, Sam Donsanouphit and Mani Donsanouphit ("the Donsanouphits") previously entered into a stipulation granting the Donsanouphits to and including August 13, 2014 within which to file a responsive pleading (Dkt. 8);

**WHEREAS**, Fahmi Yahya Abdulla Murshed dba Amigo's Market ("Murshed," and together with the Donsanouphits, collectively "Defendants") was personally served with the summons and complaint on June 26, 2014, as reflected in the proof of service on file herein (Dkt. 5), and his responsive pleading was accordingly due on July 17, 2014;

**WHEREAS**, Plaintiff and Defendants are presently engaged in meaningful settlement negotiations. Defendants have agreed to provide a full certified access specialist report for the

STIPULATION EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT; ORDER

Page 1

1 subject property which report the Parties believe will likely form the basis for a resolution of
2 Plaintiff's claims for injunctive relief;

3     **WHEREAS**, the Parties desire to conserve judicial resources and attorney fees attendant
4 with preparing and filing a responsive pleading, and desire instead to apply those resources
5 towards settlement in the cautiously optimistic belief that such a settlement is likely;

6     **NOW, THEREFORE**, **IT IS HEREBY STIPULATED** by and between Plaintiff and
7 Defendants, by and through their respective counsel, that Defendants may have to and including
8 September 10, 2014 to file a responsive pleading in this matter. This extension of time does not
9 alter the date of any event or any deadline already fixed by Court order.

11 Dated: August 11, 2014          MOORE LAW FIRM, P.C.

13                                    */s/ Tanya E. Moore*
                                   Tanya E. Moore
14                                    Attorneys for Plaintiff
                                   Natividad Gutierrez

16                                    WANGER JONES HELSLEY PC

18                                    */s/ Michael S. Helsley*
                                   Michael S. Helsley, Attorneys for Defendants, Sam
19                                    Donsanouphit; Mani Donsanouphit; Fahmi Yahya
20                                    Abdulla Murshed dba Amigos Market

21                                          **ORDER**

22     Pursuant to the above stipulation, **IT IS HEREBY ORDERED** that all defendants shall
23 have to and including September 10, 2014 within which to file their responsive pleadings.

25 IT IS SO ORDERED.

26     Dated:   **August 11, 2014**                **/s/ Gary S. Austin**
27                                                          UNITED STATES MAGISTRATE JUDGE