Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FAHMI YAHYA ABDULLA MURSHED dba AMIGOS MARKET, et al.,<br><br>　　　　Defendants. | No. 1:14-cv-00958-LJO-GSA<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: September 19, 2014　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　Natividad Gutierrez

**<u>ORDER</u>**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **September 19, 2014**          **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE